# EXHIBIT 4

Manually Filed