# EXHIBIT 5

Manually Filed