# EXHIBIT 6

Manually Filed