# EXHIBIT 7



# The WRAP
### BY SAFE RESTRAINTS, INC.

## Basic Application Manual



### The Ultimate Safe Restraint System
The WRAP reduces risk of injury and possible in-custody death.

  

www.saferestraints.com

Safe Restraints, Inc. • 712 Bancroft Road, Suite 782 Walnut Creek, CA 94598 • 1-800-WRAP-911

# Table of Contents

Introduction ........................................................................................... 3

Training ................................................................................................ 4

Product Overview ................................................................................ 5
- The WRAP - Standard
- The WRAP with Soft-Cuffs
- The WRAP - Small
- The WRAP with Soft-Cuffs - Small

System Application .............................................................................. 6
- Three-person

Transport .............................................................................................. 9

Application Variations ........................................................................ 10
- Two-person
- Four-person
- Small size models

Soft-Cuff System Application ............................................................ 11

Removing The WRAP ....................................................................... 12

Preparing The WRAP ........................................................................ 12

Cleaning ............................................................................................. 12

Precautions ........................................................................................ 13





# Introduction

The WRAP application manual and The WRAP website, www.saferestraints.com, are guides for the safe and proper use of The WRAP. They are not intended to replace practical training. The application manual provides training steps for the application of The WRAP. The application manual is available for download at www.saferestraints.com. The Safe Restraints, Inc. website provides additional training materials, including photo illustrations and videos, that provide examples of The WRAP in use.

**Disclaimer**
The WRAP Safe Restraint System should only be used by persons trained in its safe and proper application. Safe Restraints assumes no responsibility for the improper application of The WRAP.

**Warranty**
Safe Restraints, Inc. warrants that The WRAP will be free from defects in materials and workmanship for a period of 1 year from the date of purchase. If during the warranty period, The WRAP is found to be defective because of defects in materials or workmanship, it will be repaired or replaced without charge.

**Questions? Need Assistance in training or application?**
Please call us at (800) WRAP-911 (972-7911).



# Training

Safe Restraints, Inc. strongly recommends that personnel using The WRAP be trained in its use. Refer to www.saferestraints.com for proper application and instruction guidelines.

Information and resources available include:
- Photo illustrations
- The WRAP training manual
- Training videos
- Sample lesson plans
- Sample policy

These and other included materials are designed to assist agencies in researching and managing The WRAP restraint.

## Training Options

To assist customers with any training needs, Safe Restraints, Inc. offers several options. It is imperative that trained instructors follow the training guidelines on the website and in this manual.

### Self/In-house Agency Training
Training from personnel from within the agency. Safe Restraints, Inc. recommends that instructors are qualified instructors in restraints and self-defense.

### Internet Self-Training Course
Internet program by Safe Restraints, Inc. Requires submission of lesson plan and application video. Course certificate provided upon completion. *Course length 2-4 hours.*

### Face-to-face Instructors Course
Safe Restraints, Inc. provides a qualified instructor to teach an Instructors Course at your location for your agency. Course certificate provided upon completion. *Course length 2-4 hours.*

### Remote Live Webcam Training
Safe Restraints, Inc. connects with your agency via live Internet webcam and conducts training remotely. Course certificate provided upon completion. *Course length 2-4 hours.*

*The WRAP meets or exceeds known POST and Lexipol training and policy standards guidelines.*

For more details, please contact us at www.saferestraints.com or call us at (800) 972-7911.



# The WRAP Product Overview
**Each model contains a complete system.**
Custom modifications available, contact us for details.



### The WRAP – Standard
- Designed to fit all.

*Complete system includes:*
- Ankle strap.
- Leg restraint with stainless steel locking buckles.
- Safety harness with pocket for storing spit masks and safety gloves, locking carabiner for securing handcuffs, and stainless steel locking buckles.
- Tactical bag with hands-free shoulder strap.



### The WRAP with Soft-Cuffs
- Designed to fit all.

*Complete system includes:*
- The same parts as standard wrap, but with the addition of soft-cuffs located on leg restraint.
- *Primarily used for custodial and/or medical care.*



### The WRAP – Small
- Identical to the standard wrap system, but downsized for very small children.
- Commonly used by juvenile facilities.
- Each part labeled "SMALL" in red for identification. Labels prevent mix-matching at facilities that need both sizes.



### The WRAP with Soft-Cuffs – Small
- Identical to The WRAP with Soft-Cuffs, but downsized for very small children.
- Addition of soft-cuffs on leg restraint.
- *Primarily used by juvenile facilities for custodial and/or medical care.*
- Each part labeled "SMALL" in red.
- Labels prevent mix-matching at facilities that need both sizes.

**The WRAP by Safe Restraints, Inc.**
**1-800-WRAP-911 (972-7911)**
**www.saferestraints.com**



08/14     5

# Standard Application

The WRAP is typically applied by two to four people. It may need to be applied by more than four personnel, depending on the level of resistance encountered. The following illustrations show a three-person application. *See Application Variations on page 9, for two and four-personnel application instructions.*

**RECOMMENDATION**

Safe Restraints, Inc. strongly recommends that the subject be prone, faced down, with the hands cuffed behind the subject's back before applying The WRAP.

It is essential to minimize the time the subject is restrained face down to reduce the possible risks associated with respiratory fatigue.



 ## STEP 1 – Apply Ankle Strap



Cross the subject's ankles.

Apply the ankle strap firmly around the crossed ankles. *The ankle strap helps control and limit movement of the legs.*



**The WRAP by Safe Restraints, Inc.**
**1-800-WRAP-911 (972-7911)**
**www.saferestraints.com**

08/14   6

 ## STEP 2 – Position Leg Wrap





Maintain control of the subject's upper and lower body.

Slide the leg restraint under the subject's legs.

Position the knees on the markings labeled "KNEES HERE".

*Tactical Tips:*
- To slide The WRAP under the subject's legs more easily, use the carry handle in the ankle strap to help lift the legs.
- If possible, deploy The WRAP from the subject's right side. This positions the three bands for easy access.

 ## STEP 3 – Secure Leg Bands



While maintaining control of the subject, secure and tighten the bands.

Start with the band closest to the feet, moving upwards towards the subject's waist until all three bands are secure.
*Securing the band closest to the feet first helps prevent the person from kicking.*



 ## STEP 4 – Apply Harness



Maintain control of the subject and place the harness on the subject's back.

The word "BACK" should face upwards.

Insert handcuffs into the carabiner at the bottom of the harness. *Carabiner designed for linked or hinged handcuffs.*

Lock carabiner by twisting lock until snug.

Drape the shoulder straps over the person's head so their head is between the two yellow straps.

***Tactical Tips:***

- Use storage pocket on back of harness to store spit masks/guards or gloves for quick access.
- The spit mask can be applied before, during or after The WRAP has been applied.

 ## STEP 5 – Secure the Harness



Supporting the head of the subject, use an approved method to roll the subject up to a seated position.

Feed the straps through the arms and attach to the locking buckles. This can be done with the subject lying on his or her side or in a seated position (seated position is easier).

Secure the straps firmly.

The security buckles are designed to be released with a cuff key or small object like the tip of a ballpoint pen by inserting it into the 1/4 inch hole on the metal cover and pressing inward.

*Note – Step 5 Pregnancy Exception:*
Persons who are known to be pregnant should be restrained in the least restrictive manner that is effective for officer safety. Many states/countries have specific laws or guidelines regarding the restraint of pregnant individuals. It is imperative that these guidelines be followed.

 ## STEP 6 – Attach Harness Tether

**The WRAP by Safe Restraints, Inc.**
**1-800-WRAP-911 (972-7911)**
**www.saferestraints.com**



08/14         8



- Maintain control of the subject
- Attach the tether lead of the harness to the carabiner on the body of The WRAP (*located below the bottom band by the ankles*).
- Lock the carabiner by twisting until snug.
- Pull the tether strap BACK TOWARDS THE PERSON'S BODY until the subject is fully upright. (*Do not over-tighten*). This results in the harness pulling 4-6" away from the chest for full chest expansion.
- The subject is now fully restrained in The WRAP and ready to be moved or transported.
- *Optional:* Once the person is seated upright and the harness secured, the person may be placed on their side for added safety/security or need for medical treatment, *unless otherwise directed by agency policy*.

# Transport

Whether in the field or a controlled environment, the subject will normally need to be lifted off the ground and placed into a patrol car, on a gurney, backboard or wheel chair.

## Lifting the restrained subject



- Two people should lift the subject under the arms while the third person lifts the legs.
- The handle on the ankle strap can be used or simply a log-carry position.
- Care should be taken to avoid dropping or injuring the subject.



# Application Variations

The WRAP is typically applied by two to four people. One person normally controls the upper body while the other personnel control the legs and apply the hobble and leg restraint. Occasionally the application of The WRAP may require additional personnel, depending on the amount of resistance encountered. In that situation, adjust personnel as needed. These tactics are suggestions only and may vary due to the resistance encountered or agency policy.

## Two-person application

*Two-person application differs from three-person only in regard to control duties.*

- After the subject is handcuffed, one person maintains control over the lower body while one or both apply the ankle strap and leg restraint.
- Once the legs are secure, personnel can proceed with applying the harness.

## Four-person application

- One person controls the upper body.
- Second person controls the feet.
- Third and fourth personnel are at each side of the subject's legs, and apply the ankle strap and leg restraint.
- Once the legs are secure, proceed with applying the harness.

*Tactical Tip:*
Coordinating the application of The WRAP among personnel at the scene is critical. The person controlling the upper body is usually in the best position to coordinate the application.

## Small size models

The small sizes of The WRAP and The WRAP with Soft-Cuffs are downsized to fit very small children. These models are primarily used by juvenile facilities. The application and safety guidelines for application are the same as the standard size models of The WRAP unless specified by the agency.

*Tactical Tip:*
Each small part, including the bag, is labeled in red to indicate size. Look for the "SMALL" label on all pieces to avoid mix matching at facilities that use both sizes.



# Soft-Cuff System Application

The WRAP with Soft-Cuffs is designed for agencies **where handcuffs are not used** or medical needs exist for the subject restrained. The WRAP with Soft-Cuffs can also be used in conjunction with standard handcuffs.

The soft-cuffs are temporary restraints and do NOT provide the same level of security that handcuffs provide. Soft-cuffs should only be used when staff can maintain constant observation and physical control of the individual in The WRAP.

The soft-cuffs should be utilized after handcuffs. If only soft-cuffs are needed, personnel should control both arms and secure the wrists into the soft-cuffs. A person who is combative and/or is making efforts to defeat the soft-cuffs should be placed back in handcuffs when possible.

## Application



- Release one handcuff and transfer the wrist to the soft-cuff, while keeping the second wrist handcuffed to the carabiner.
- Transfer the second wrist to the remaining soft-cuff.
- Ensure soft cuffs are applied firmly and monitor hands for any blood circulation issues.

*Tactical Tip:*
To transfer from soft-cuffs to handcuffs, repeat steps, transferring one hand at a time and attach the handcuffs to the carabiner.

## Elbow Strap

The elbow strap is an additional security option, **not a requirement**. The elbow strap pulls the elbows and shoulders back and helps prevent the subject's hands from possibly reaching the other and releasing the soft-cuff. Personnel should evaluate their security needs while adhering to their agency's training policy.



Wrap the elbow strap around the upper arms above the elbow (like a belt) and secure firmly.

*Tactical Tip:*
Do not over tighten to avoid straining the shoulders or causing any circulation issues.

**The WRAP by Safe Restraints, Inc.**
**1-800-WRAP-911 (972-7911)**
**www.saferestraints.com**



08/14

11

## Soft-cuff guidelines:
- Soft-cuffs should be used for brief periods of time and under direct supervision.
- Primary use is in custodial settings.
- Soft-cuffs do not provide the same level of security that handcuffs provide.
- Soft-cuffs do not have locks. Personnel need to provide immediate supervision.

## Examples of soft-cuff use:
- Medical care such as for blood draw or IV need
- Need to aid with joint movement for circulation concerns when The WRAP is used for an extended period
- When allowing a person in The WRAP to walk (while supported by personnel)
- Department requirement/restriction of handcuff use

*Note:*
Typically, the soft-cuffs with the aid of the elbow strap are sufficient for normal restraint. Safe Restraints, Inc. takes custom orders for locking soft-cuffs for added security. Contact us for a custom order or questions.

# Removing The WRAP
Reverse the application procedure. It may be necessary to ease the tension of the tether strap (the strap that connects the harness to the leg wrap) to disconnect from the carabiner on The WRAP. To implement, lean the subject forward and either loosen the tether's ring or simply disconnect the ring from the carabiner. Unlock the security buckles by inserting a cuff key or small object like the top of a ballpoint pen into the 1/4 inch hole on the metal cover and press down.

# Preparing The WRAP
The WRAP should be stored properly in the tactical bag so it is ready for the next deployment.

# Cleaning
When needed, clean with soap and water. A small amount of bleach may be added. Air dry. The WRAP can also be sanitized through a local crime scene cleaning service. If professional cleaning does not prove satisfactory, replacement should be considered.



# Precautions

**Precaution 1 - Aspiration:**
**Aspiration is possible when in the supine position.**
Applied properly, The WRAP harness does not hinder the subject's ability to breathe. To minimize respiratory issues, personnel need to work quickly so that the subject is secured in one of the recovery positions.

*Tactical Tip:*
Quick application of the ankle and leg restraint reduces further risks and allows staff to de-escalate. Personnel can then assess the person and staff for any immediate medical needs.

**Precaution 2 – Medical Attention:**
**If a restrained subject complains of or exhibits any medical concerns, seek immediate medical attention. Medical treatment can be provided while the subject is restrained in The WRAP.**

Examples of health concerns are:
- Respiratory Distress (i.e. coughing, gasping, gagging, shortness of breath)
- Sudden quiet or inactivity (especially after a violent struggle)
- Chest pains, shooting pains down the arm
- Change in facial color
- Elevated body temperature (I'm burning up!)
- Vomiting
- Suspected drug behavior
- Sweating profusely

**Precaution 3 – Harness:**
**The shoulder harness should not be tightened to the point that it may interfere with the subject's ability to breathe.**

**General Precautions:**
Subject should be monitored at all times.

The WRAP is a temporary restraint system designed to provide emergency stabilization. Like all restraints, you must assume it is not escape-proof.

Caution should be taken to avoid any straps getting tangled around the subject's neck.

Emergency medical care or evaluation of the subject should be considered in order to reduce injuries and the possibility of in-custody death.

While removing The WRAP, make sure to secure it in an area not accessible to the subject or to others in the immediate area.

After use, follow agency protocol should bodily fluids be present on The WRAP.



**THE ORIGINAL.**
Made in the USA since 1996.

**NO DEATHS OR INJURIES IN 18 YEARS OF USE**

> **The WRAP Restraint was shown to be safe and effective** in a scientific study done by the Institute for the Prevention of In-Custody Deaths (IPICD). **The findings found no deaths or further injuries after The WRAP was used.**
>
> John G. Peters, Jr., Ph.D., CLS | President & Chief Learning Officer
> Institute for the Prevention of In-Custody Deaths, Inc.



YOU CAN'T BEAT The WRAP



The Ultimate Safe Restraint System