# EXHIBIT 17

Manually Filed