**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq. SBN 236229**
**MELISSA C. NOLD, ESQ. SBN 301378**
**PATRICK M. BUELNA, Esq. SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:   (510) 839-5200
Facsimile:   (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Melissa.Nold@johnburrislaw.com
Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY NELSON III, successor-in-Interest to Decedent ROY NELSON; ORNELL STEVENS, individually,<br><br>Plaintiffs,<br>v.<br><br>CITY OF HAYWARD, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Hayward<br><br>Defendants. | Case No.: 3:16-cv-7222-SK<br><br>**PLAINTIFF'S ATTORNEY PATRICK BUELNA'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date: December 31, 2018 |

I, PATRICK M. BUELNA, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and the Northern District of California. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. I have attached a true and correct copy of portions of Defendant Hall's deposition as **Exhibit 1.**

3. I have attached a true and correct copy of portions of Defendant McKee's deposition as **Exhibit 2.**

4. I have attached a true and correct copy of portions of Defendant McCrea's deposition as **Exhibit 3.** .

5. I have attached a true and correct copy of Defendant McCrea's Body Worn Camera disclosed to Plaintiffs as 00545 "5150(2)" and attached as **Exhibit 4.**

6. I have attached a true and correct copy of Defendant Hall's Body Worn Camera disclosed to Plaintiffs as 00545 "In_Custody_Death(5)" and attached as **Exhibit 5**.

7. I have attached a true and correct copy of Defendant Shannon's Body Worn Camera disclosed to Plaintiffs as 00545 "5150_death" and attached as **Exhibit 6**.

8. I have attached a true and correct copy of the WRAP Device Manual disclosed to Defendants as PLTF_000004-000017 attached as **Exhibit 7.**

9. I have attached a true and correct copy of portions of Ofc. Wilson's deposition designated as the person most knowledgeable in regards to the Hayward Police Department's WRAP Device Training as **Exhibit 8**.

10. I have attached a true and correct copy of Defendant Shannon's Body Worn Camera fram photo captured at 8:56 disclosed to Plaintiffs as 00545 "5150_death" and attached as **Exhibit 9**.

11. I have attached a true and correct copy of the dispatch audio disclosed to Plaintiffs as 00546 "15-99780 Com 1" and attached as **Exhibit 10.**

12. I have attached a true and correct copy of portions of the Computer Automated Dispatch disclosed to Plaintiffs as 000181-182 and attached as **Exhibit 11**.

13. I have attached of true and correct copy of Defendant McCrea's Body Worn Camera disclosed to Plaintiffs as 00545 "5150(2)" at 10:58 and attached as **Exhibit 12**.

14. I have attached of true and correct copy of Defendant McCrea's Body Worn Camera disclosed to Plaintiffs as 00545 "5150(2)" at 13:26 and attached as **Exhibit 13**.

15. I have attached of true and correct copy of Defendant McCrea's Body Worn Camera disclosed to Plaintiffs as 00545 "5150(2)" at 13:53 and attached as **Exhibit 14**.

16. I have attached of true and correct copy of Defendant Padavana's Body Worn Camera disclosed to Plaintiffs as 00545 "5150_WI(1)" at 6:56 and attached as **Exhibit 15**.

17. I have attached a true and correct copy of portions of Decedent Roy Nelson II's Medical Records produced to the parties from St. Rose's Medical Center and attached as **Exhibit 16**.

18. I attached of true and correct copy of Defendant Padavana's Body Worn Camera disclosed to Plaintiffs as 00545 "5150_WI(1)" and attached as as **Exhibit 17**.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  December 31, 2018                    THE LAW OFFICES OF JOHN L. BURRIS

                                             _____/s/_Patrick M. Buelna___
                                             Patrick M. Buelna
                                             Attorney for Plaintiff