**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY NELSON III, successor-in-Interest to Decedent ROY NELSON; ORNELL STEVENS, individually,<br><br>Plaintiffs,<br>v.<br><br>CITY OF HAYWARD, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Hayward<br><br>Defendants. | Case No.: 3:16-cv-7222-SK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL ADJUDICATION ON PLAINTIFF'S CLAIMS FOR EXCESSIVE FORCE, NEGLIGENCE AND TITLE II ADA CLAIMS** |

**ORDER**

The Court hereby GRANTS that Plaintiffs' claims for Negligence and Excessive Force against Defendants Shannon, Hall, Padavana, McCrea and McKee.

The Court hereby GRANTS Plaintiffs claim for Title II ADA Violations against Defendant City of Hayward.

IT IS SO ORDERED.

Dated:_____               _____
                                HONORABLE SALLIE KIM

                                UNITED STATES DISTRICT COURT
                                MAGISTRATE JUDGE