# NELSON V. CITY OF HAYWARD
# Case No. cv-07222-SK

Exhibit 9


Case 3:16-cv-07222-SK   Document 81-9   Filed 01/14/19   Page 2 of 18

# Alameda County Sheriff's Office
Gregory J. Ahern, Sheriff / Coroner
Coroner's Bureau, 2901 Peralta Oaks Ct, Oakland, CA 94605
(510) 382-3000 / (510) 382-3033 (fax)

## Coroner Investigator's Report

### CALL INFO
- **NAME OF DECEASED (LAST, FIRST MIDDLE):** NELSON JR., Roy Lee
- **TENTATIVE ID:** ☐
- **UNIDENTIFIED:** ☐
- **CASE NUMBER:** 2015-03757
- **REPORTED BY:** Heidi Corral
- **REPORTED BY PHONE NO.:** (510) 782-6200
- **REPORTING AGENCY:** St. Rose Hospital
- **REFERENCE NUMBER:** 2015-99780
- **INVESTIGATOR:** Solomon Unubun
- **CALL DATE AND TIME:** 12/19/2015 4:10
- **CASE TYPE:** Removal Case

### DECEDENT
- **DATE AND TIME OF DEATH:** 12/19/2015 3:28
- **DATE OF BIRTH:** 3/13/1973
- **AGE:** 42 Years
- **GENDER:** Male
- **RACE:** African-American
- **MARITAL STATUS:** Divorced
- **VET?:** ☐
- **HGT:** 72
- **WGT:** 327
- **EYE COLOR:** Brown
- **HAIR COLOR:** Black
- **OCCUPATION:** Never Worked
- **EMPLOYER:**

**Preliminary Summary:** Undetermined death of a 42 y/o male at St. Rose. The decedent was arrested by HPD for public disturbance in a college parking lot and was placed on a 5150 hold. He was placed in the back of a patrol car and he began kicking the doors and windows. He was removed from the car and was being placed in a wrap when he became unresponsive. HFD arrived, CPR was initiated and he was transported to the ER with CPR in progress. Upon arrival, life saving measures continued without success and death was pronounced. Med Hx unknown, NOK notified. ***Call Detective Mosby an hour before autopsy 510-293-2462.***

### DEATH
- **LOCATION OF DEATH:** St. Rose Hospital
- **LOD TYPE:** Hospital - ER/OP
- **ADDRESS (STREET, CITY, STATE, ZIP):** 0328 Hayward CA 94545
- **COUNTY:** Alameda
- **Manner:** Accident
- **Death Certificate Signed By:** Erik Bordi ACSO Coroner
- **Cause A:** Cardiac arrhythmia — Interval Minutes
- **Cause B:** Acute methamphetamine and amphetamine intoxication associated with physical exertion — Interval Minutes
- **Cause C:** — Interval
- **Cause D:** — Interval
- **Other Significant Conditions:** Cardiomyopathy, Acute methamphetamine and amphetamine intoxication associated with physical exertion.

### NOTIFICATION
- **LEGAL NEXT OF KIN:** Roy Nelson III
- **RELATIONSHIP:** Son
- **TELEPHONE NO.:** (510) 833-4957
- **NOTIFIED BY:**
- **METHOD:**
- **DATE AND TIME:**
- **IDENTIFICATION METHOD:** Personal Identification
- **DATE AND TIME:** 12/19/201 3:28

### INCIDENT
- **LOCATION OF INCIDENT:**
- **AT WORK:** ☐
- **ADDRESS (STREET, CITY, STATE, ZIP):**
- **COUNTY:**
- **DATE AND TIME OF INCIDENT:**
- **INVESTIGATING AGENCY:** Hayward Police Department
- **INV AGENCY PHONE NUMBER:**
- **OFFICER:** T. Vonnegut

### DISP
- **FUNERAL HOME:** Whitted- Atkins Funeral Home
- **BODY RELEASED TO FUNERAL HOME ON:** 12/28/2015 15:10
- **Full Autopsy:** ☑
- **Partial Autopsy:** ☐
- **Inspection:** ☐
- **Record Review:** ☐
- **Inspection w/Specimen:** ☐
- **EXAM BY:** Thomas W. Rogers

Date Printed   Friday, May 13, 2016



Alameda County Sheriff's Office
Gregory J. Ahern, Sheriff / Coroner
Coroner's Bureau, 2901 Peralta Oaks Ct.,
Oakland, CA 94605
(510) 382-3000 / (510) 382-3033 (fax)

## Investigator Narrative

**Decedent:** NELSON JR., Roy Lee
**Case Number:** 2015-03757
**Investigator:** Solomon Unubun

### First Call Information:

On Saturday, December 19, 2015, about 0345 hours, I (Unubun) received a call from St. Rose Hospital Emergency Room (ER) Nurse Heidi Corral. Corral called to report the death of Roy Nelson, who was transported to the hospital by Hayward Fire Department (HFD) at 0307 hours. Upon arrival at the ER, Nelson was found unresponsive. Resuscitative measures were initiated without success and Nelson's death was pronounced at 0328 hours.

According to Corral, Nelson had been arrested by the Hayward Police Department (HPD) and he was placed on a 5150 W.I. hold. Nelson had a witnessed cardiac arrest, emergency medical services were summoned to the scene, and he was transported to St. Rose Hospital ER. Corral did not have any more details about the incident. Nelson was known to St. Rose Hospital staff due to his various visits to the ER there.

I contacted HPD dispatch and they told me they received a 9-1-1 call at 0106 hours regarding a public disturbance at 25291 Ironwood Court in Hayward. HPD dispatch transferred my call to HPD Sergeant McCrea #112. In summary, Sergeant McCrea told me the following:

Nelson was initially detained in front of his ex wife's residence. After initial contact, Nelson was placed on a 5150 W.I. hold and was placed in the back seat of a patrol car. Nelson was then transported to Parking Lot G at Chabot College where the HPD officers and Nelson waited for paramedics, who were then going to transport Nelson. Nelson became agitated while he was in the back of the patrol car and he began "kicking" the doors and windows. Nelson was removed from the car and he became limp while he was being placed in a restraint wrap. Emergency medical services were summoned and Nelson was transported to St. Rose Hospital. Sergeant McCrea told me there was no force used during this incident. (SU#1914)

### Medical Summary:

Nelson's medical history was unknown at the time of his death.

According to Nelson's ex-wife, Patsy Taft, Nelson did not have any medical history, only psychiatric history. She mentioned he was easily intoxicated when he consumed alcohol and he was known to abuse methamphetamines. (RL1702)

### Description of the Death/ Injury Scene:

Nelson was pronounced dead in the Emergency Room at St. Rose Hospital.



**Alameda County Sheriff's Office**
**Gregory J. Ahern, Sheriff / Coroner**
**Coroner's Bureau, 2901 Peralta Oaks Ct.,**
**Oakland, CA 94605**
**(510) 382-3000 / (510) 382-3033 (fax)**

### Body Identification:
Nelson was identified at the scene by HPD officers. He was known to HPD officers due to various contacts with him. Nelson was also compared to his California Driver License photograph found in CalPhoto. Further identification was requested via the Alameda County Central Identification Bureau after the decedent had been fingerprinted at autopsy. (SU#1914)

I attempted to identify Nelson using the mobile fingerprinting device but it was unsuccessful. The print out was added to the case file. (RL1702)

On December 22, 2015, a fax was received from the Alameda County Central Identification Bureau confirming that the fingerprints taken from the decedent were a match to the fingerprints associated with Person File Number: AUW620 and the name Roy Nelson. (KE#1917)

### Next of Kin Investigation:
As of 12/19/16, Nelson's legal next of kin was undetermined. His mother, Ornel Nelson, was notified of his death at the hospital. Nurse Corral was unable to confirm who notified Ornel of Nelson's death. (SU#1914)

While speaking with family at the hospital, Taft told me (Lorenzana), she and Nelson were divorced and his legal next of kin was their adult child, Roy Nelson III. Taft said she wanted to notify Roy about Nelson's death in person. Deputy Bordi explained the Coroner's Bureau involvement and the need to contact a mortuary as soon as possible. Taft said she understood. (RL1702)

On 12/24/15, I spoke with Nelson III on the telephone. He told me he was informed of Nelson's death by his mother and he told me to refer any other questions to his attorney. (SU#1914)

### Other Agency Reports:
Detective T. Vonnegut #204 was assigned to investigate this incident and generated HPD report #2015-99780. (RL1702)

On 3/17/16, I received a partial copy of the police report. The information contained in the report in regards to this incident matched what Sgt. McCrea had told me. The report was not completed because HPD was waiting for the Coroner's report. The HPD report was placed in the case folder. (SU#1914)

### Property and Evidence:
Property receipt #37012 was issued for Nelson, his clothing, and 5 tubes of blood specimens. (RL1702)

### Coroners Fees:
As of 12/19/15, Coroner's Bureau fees associated with this case were $254.00 for body removal, and $67.00 for body preparation, totaling $321.00.

As of 3/18/16, there was an outstanding fee of $653.00 on this case. Storage fees of $333.00 were added to the original fees.

A Coroner's Hold was placed on this case for the outstanding Coroner's fees. (SU#1914)



**Alameda County Sheriff's Office**
**Gregory J. Ahern, Sheriff / Coroner**
**Coroner's Bureau, 2901 Peralta Oaks Ct.,**
**Oakland, CA 94605**
**(510) 382-3000 / (510) 382-3033 (fax)**

### Investigative Details:
On Saturday, December 19, 2015, about 0730 hours, Deputies Bordi, Meldrum and I (Lorenzana) arrived at the St. Rose Hospital Emergency Room to make the removal of Nelson. We were met by Registered Nurse, Hye Kim, who led us to Nelson. Nelson was on a hospital gurney covered with a sheet. He wore just a pair of black boxer shorts and there was medical therapy in place. Deputy Meldrum took photos of Nelson while I collected 5 tubes of blood specimens obtained during admittance and Nelson's medical records. Deputy Bordi secured paper bags around Nelson's hands in an attempt to preserve any possible evidence. Nelson had blood pooled in his eye area but I could not see where the blood was coming from. We prepared Nelson for transport and I issued receipt #37012 for Nelson and the blood specimens and we left for the Coroner's Bureau.

At 0810 hours, we arrived to the Coroner's Bureau and processed Nelson into the morgue, which included taking intake photos. The photos were later downloaded to a compact disc and added to the case file. (RL1702)

On 12/21/15, Coroner Pathologist Dr. T. Rogers performed a full autopsy on Nelson and a toxicology report was ordered. The toxicology report was reviewed and the cause of Nelson's death was determined as cardiac arrhythmia due to acute methamphetamine and amphetamine intoxication associated with physical exertion with other significant conditions of cardiomyopathy. (SU#1914)

### Findings:
On Friday, March 18, 2016, I (Unubun) reviewed this case to determine a manner of death. Based on a review of the information provided by Taft, the HPD police report, the autopsy protocol and the toxicology report, I found Nelson's death to be an accident. Nelson had a history of drug abuse and his toxicology report confirmed he was under the influence of methamphetamines and amphetamines when he died.   (SU#1914)

### Supervisor Review:
On March 31, 2016, I (Sgt. R. Macintire) reviewed this case and found it to be complete. I concurred with the findings and approved this case for closure. (RM #1632)

# CVT
## CENTRAL VALLEY TOXICOLOGY, INC.

**Case Name:** Nelson, Roy L.

**TOXICOLOGY NUMBER:** CVT-15-14045

**Specimen Description:** Hospital samples: 12 ml blood (5 vials) each labeled "Nelson, Roy; 300289685; 00130126; 03/13/1973; 42Y; Male; 12/19/2015; 0310 hrs; NSG 313" Postmortem sample: 17 ml femoral blood labeled "Nelson, Roy; 2015-03757; 12/21/2015"

**Delivered by** Tricor  **Date** 22-Dec-15  **Received by** Bill Posey  **Date** 22-Dec-15

**Request:** Complete Drug Screen

**Agency Case #** 2015-03757

**Requesting Agency**
Alameda Co. Coroner's Office
Attn: Acct's Payable
480 4th Street
Oakland  CA 94607

**Report To**
Alameda Co. Coroner's Office
Attn: Dr. Rogers
2901 Peralta Oaks Ct., 2nd Floor
Oakland  CA 94605

## RESULTS

Specimen: Hospital Blood (Gray Top Vial & Lavender Top Vial) Samples

Complete Drug Screen: Methamphetamine detected.
  No other common acidic, neutral or basic drugs detected.
  No Ethyl Alcohol detected.

d-Methamphetamine = 0.73 mg/L
d-Amphetamine    = 0.04 mg/L

Note: 1) Hospital blood (Gray Top) sample tested for Ethyl Alcohol, Immunoassay Screen and Drug Screen.
      2) Hospital blood (Lavender Top) sample tested for Methamphetamine confirmation/quantitation.

Blood Methamphetamine Ranges
Effective Level:   (0.01 - 0.05 mg/L)
Potentially Toxic: (0.2 - 5 mg/L)

Blood Amphetamine Ranges
Effective Level:   (0.02 - 0.15 mg/L)
Potentially Toxic: (0.2 mg/L)

B. L. Posey                December 30, 2015

**B.L. POSEY**
**S.N. KIMBLE**
*Directors*

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502



## Alameda County Sheriff's Office
Coroner's Bureau
480 4th Street, Oakland, CA 94607-3829

### Gregory J. Ahern, Sheriff
Director of Emergency Services
Coroner - Marshal

| CASE NUMBER: 2015-03757 | CASE NAME: Roy Lee Nelson Jr. |
|---|---|
| PATHOLOGIST: Thomas Wayne Rogers, M.D. | HISTOLOGICAL EXAMINATION |

HEART: Sections show nonremarkable cardiac muscle cells. No areas of inflammation, scarring, or fibrosis are present.

LUNGS: Sections show nonremarkable alveolar air sacs and airways.

LIVER: Mild fatty metamorphosis is present.

PANCREAS: The pancreas is autolyzed but otherwise nonremarkable.

SPLEEN: Nonremarkable-appearing red pulp and white pulp areas are present.

KIDNEYS: A few hyalinized glomeruli are present.

BRAIN: Sections show nonremarkable neural tissue.

3-2-16       _____  M.D.
Date             Signature

TWR/jkm
D: 02/23/16 at 8:40 a.m.
T: 02/25/16

## Alameda County Sheriff's Office
Coroner's Bureau
480 4th Street, Oakland, CA 94607-3829

### Gregory J. Ahern, Sheriff
Director of Emergency Services
Coroner - Marshal

## MEMORANDUM

DATE:     December 21, 2015

FROM:     Thomas Wayne Rogers, M.D.

TO:       Case File 2015-03757

SUBJECT:  AUTOPSY PROTOCOL

Autopsy performed upon the body of Roy Lee Nelson Jr. at the Coroner's Bureau, 2901 Peralta Oaks Court, Oakland, California, on December 21, 2015, at 8:50 a.m.

### AUTOPSY FINDINGS

1) CARDIOMYOPATHY:
   A) CARDIOMEGALY
   B) FOUR-CHAMBER DILATATION OF HEART.

2) FATTY METAMORPHOSIS OF THE LIVER (MILD).

3) DIVERTICULA OF COLON.

4) BLOOD D-METHAMPHETAMINE 0.73 MG/L.

5) BLOOD D-AMPHETAMINE 0.04 MG/L.

CAUSE OF DEATH:  CARDIAC ARRHYTHMIA DUE TO ACUTE METHAMPHETAMINE AND AMPHETAMINE INTOXICATION ASSOCIATED WITH PHYSICAL EXERTION.
Other condition: CARDIOMYOPATHY.

cc:  EMS
     Investigation's Bureau

Sheriff-Coroner
Alameda County

Body of ROY LEE NELSON JR.

## EXTERNAL EXAMINATION

2. The body is that of an African American male appearing the stated age of 42 years. There is a Coroner's identification tag present on the left big toe. The body is 72 inches long and weighs 327 pounds.

6. The body is presented in a supine position with the head rotated slightly towards the right shoulder. Both arms lie alongside the body.

9. The body is clothed in black boxer type underpants properly worn fully covering external genitalia.

11. At the beginning of the autopsy paper bags have been removed from both arms.

13. Rigor mortis is passing. Lividity is present over the backside of the body.

15. There is the following evidence of MEDICAL THERAPY:

16. 1) A medical band about the right wrist.

17. 2) A vascular catheter in right antecubital fossa.

18. 3) A dressing covering a needle puncture mark in left antecubital fossa.

20. 4) Multiple cardiac monitoring pads on the torso.

21. 5) Electrical conduction pads on the torso.

22. 6) An intraosseous infusion device on left lower leg.

Sheriff-Coroner
Alameda County                               Body of ROY LEE NELSON JR.

23      7) Hospital specimens presented with body in a plastic bag
24   attached to the right big toe.
25      8) An oral-tracheal tube secured around the neck.
26      9) A nasogastric tube in the left naris.
27      The only blood on the body is a small amount of blood
28   tinged mucus coming out of the mouth and the nose.
29      There is the following BLUNT INJURY to the body:
30   RIGHT ARM:
31      1) A 2 inch red contusion on the dorsal wrist.
32      There are no other blunt injuries noted to the body.
33      The hair is black and 1/2 inch long. Pupils are round.
34   Irides are brown. Arcus senilis is present. Sclerae are
35   congested. No petechial hemorrhages are noted. Ears, nose and
36   lips are normal. Mustache and goatee facial hair growth is
37   present. Short, unshaven facial hair growth is present. The
38   neck is nonremarkable.
39      The chest is flat. Breasts are consistent with an adult
40   male. The abdomen is moderately obese. The external genitalia
41   are nonremarkable.
42      Present on the right thigh on its anterior and medial
43   aspects are approximately five well healed scars ranging upwards
44   to 3 inches in length. Some of these have punctate suture scars

45  to either side of them.

46  Present about the right knee over the patella are two to
47  three irregular scars ranging upwards to 1 inch in length. Just
48  slightly lateral are two linear scars, the largest is 5/8 inch
49  in length.

50  Present over the right lower leg are approximately three
51  scars ranging upwards to 2 inches in length.

52  Present over the dorsal aspect of the foot are three to
53  four scars. Some are irregular and 3/8 inch. One is linear and
54  3/8 inch.

55  Present over the left thigh are approximately three linear
56  scars ranging upwards to 2 inches in length.

57  Present about the left patella area are twelve to fifteen
58  scars. None of these range beyond 3/8 inch in greatest
59  dimension. Some are linear and some are irregularly shaped.

60  Present over the left lower leg are approximately eight to
61  ten scars mostly in its proximal one-half. These range upwards
62  to 2 inches in length.

63  Legs and feet are without further abnormalities.

64  Present over the right forearm on both the anterior and
65  posterior surfaces are approximately seven to eight linear scars
66  ranging upwards to 2-1/2 inches in length.

Sheriff-Coroner
Alameda County                                  Body of ROY LEE NELSON JR.

67    Present over the lateral aspect of the right elbow is a
68  1-3/4 inch linear scar.
69    Present over the left forearm are eight to ten scars mostly
70  on the anterior surface and range upwards to 1-1/2 inches in
71  length.
72    Present over the dorsal aspect of the left hand are
73  approximately five to six linear scars and ranging upwards to 1
74  inch in length.
75    Present over the lateral aspect of the left elbow are three
76  to four linear scars ranging upwards to 1 inch in length.
77    The fingernails have been clipped prior to the autopsy.
78  Present about the right wrist is what appears to be a binding
79  indentation site about 1/8 inch wide extending horizontally
80  across the dorsal aspect of the wrist. This is in the same area
81  of the above-mentioned blunt injury. In addition, on the medial
82  aspect of the wrist extending just over onto the anterior
83  surface is a vague area of binding indentation that appears to
84  be about 3/8 inch wide. No binding indentation sites are noted
85  about the left wrist. No further needle puncture marks are
86  present. No smoke, powder or stippling is identified on either
87  arm or hand. No hyperpigmented scars are present over
88  accessible veins. No further blunt injuries are noted to arms

89   or hands.

90       The back is without abnormalities.

91                    INTERNAL EXAMINATION

92       The body is opened through the usual Y-SHAPED INCISION.

93       BODY CAVITIES:  There are some anterior rib fractures

94   present that are consistent with resuscitative measures.

95   Otherwise, no abnormalities are noted.  There are fractures to

96   the anterior part of the right fifth rib and left ribs #2-4.

97   These are consistent with resuscitative measures; otherwise, no

98   abnormalities are noted to the ribs.  The pleural surfaces are

99   stripped, individual ribs are dissected around and soft tissue

100  is taken down from around the torso and no abnormalities are

101  noted.  The pericardial sac and peritoneal cavity are

102  nonremarkable.

103      HEART:  In situ, the heart is enlarged, with the apex

104  beyond the left midclavicular line.  The heart weighs 620 grams.

105  The epicardial surface is.  Ventricular myocardium is brown.

106  There is a moderate four-chamber dilatation of the heart.

107  Valves are normal.  No left ventricular hypertrophy is present.

108  No asymmetric hypertrophy is present.  No myxoid degeneration of

109  the mitral valve is present.  No vegetations are present on

110  valve leaflets. Coronary ostia are patent.  The coronary system

Sheriff-Coroner
Alameda County                              Body of ROY LEE NELSON JR.

111  has its usual anatomical distribution and is nonremarkable. No
112  thrombi are present.
113      VESSELS: The aorta and tributaries are minimally involved
114  with atheromatous change. The pulmonary artery and venous
115  system contain no thromboemboli.
116      TRACHEA AND BRONCHI: Lined by pale yellow mucosal
117  surfaces. The nasogastric tube is placed in the trachea down to
118  the right main stem bronchus.
119      LUNGS: The left lung weighs 800 grams. The right lung
120  weighs 810 grams. Pleural surfaces are smooth. Lung parenchyma
121  is prominently congested and edematous. There are no areas of
122  consolidation. No pulmonary infarcts are present. No bronchial
123  asthma is identified. Airways of both lungs are nonremarkable.
124  No tumors are present. The arterial system of both lungs is
125  opened, and no thromboemboli or other abnormalities are
126  identified.
127      ORAL CAVITY: The teeth are natural. None are acutely
128  missing or loose. The tongue is nonremarkable. Soft tissue is
129  examined around the mandible and the maxilla and no
130  abnormalities are noted. Facial bones are stable to palpation.

Sheriff-Coroner
Alameda County                          Body of ROY LEE NELSON JR.

131      ESOPHAGUS: Lined by a white, wrinkled mucosal surface.
132 The distal end of the oral-tracheal tube is present in the
133 proximal end of the esophagus.

134      STOMACH: Contains no contents. The mucosal surface is
135 tan. No tumors or ulcers are noted.

136      INTESTINES: Covered by smooth serosal surfaces. No
137 abnormalities are noted. Intestines are open, nonremarkable
138 fecal material present. Except for some diverticula in the
139 large intestine, no abnormalities are noted. The rectum is
140 palpated and no abnormalities are noted.

141      LIVER: Weighs 2530 grams. The serosal surface is smooth.
142 The anterior margin is slightly rounded. The liver parenchyma
143 is involved with fatty metamorphosis.

144      GALLBLADDER: The gallbladder is of normal size. Its
145 surface is smooth. Its wall is of normal thickness. It is
146 lined by a green velvety mucosal surface. It contains 20 cc of
147 bile and no stones.

148      PANCREAS: The pancreas is of normal size. Its parenchyma
149 is yellow-brown and lobulated. No tumors are present. No
150 saponification is noted.

151      SPLEEN: The spleen weighs 400 grams. Its capsule is gray
152 and smooth. Its parenchyma is red-purple and soft.

Sheriff-Coroner
Alameda County
                                    Body of ROY LEE NELSON JR.

153     ADRENAL GLANDS: The adrenals are normal in size and have
154 their usual triangular shape. Sectioning of them reveals non-
155 remarkable cortex and medullary parts. No hemorrhages are
156 present.

157     KIDNEYS: The left kidney weighs 260 grams. The right
158 kidney weighs 290 grams. Surfaces are smooth. Parenchyma is
159 brown and moderately congested. There is a distinct cortico-
160 medullary separation. Papillae are normal. The calyces and
161 pelves of both kidneys are nonremarkable. No obvious
162 abnormalities are noted of the ureters. No stones are present.

163     BLADDER: The bladder contains 200 cc of urine. It is
164 lined by a tan mucosal surface. No trabeculation or tumors are
165 present. No diverticula are noted.

166     PROSTATE: The prostate is of normal size. Its parenchyma
167 is yellow-white and rubbery. No tumors are noted.

168     TESTICLES: Both testicles are examined and no
169 abnormalities are noted.

170     MUSCULOSKELETAL SYSTEM: Rectus abdominous muscles are
171 cross sectioned and no abnormalities are noted. Soft tissue is
172 partially taken down from the pelvis. No abnormalities are
173 noted.

Sheriff-Coroner
Alameda County                                          Body of ROY LEE NELSON JR.

174    The skin of both wrists is incised into. There is a 1-1/4
175    inch area of red-purple glistening subcutaneous hemorrhage, over
176    the front part of the right wrist towards its medial side. This
177    extends just onto the medial side. Otherwise, no hemorrhage is
178    identified.

179    NECK: A layer by layer dissection is done of strap muscles
180    of the neck. No abnormalities are noted. Individual laryngeal
181    structures are taken down. Laryngeal structures are intact.
182    There is a congenital absence of the superior horn on the right
183    side of the thyroid cartilage. The larynx is free of
184    obstructing material. The thyroid gland is normal. Cervical
185    vertebral column is nonremarkable and without evidence of
186    trauma.

187    CENTRAL NERVOUS SYSTEM: Soft tissue about the cranial
188    vault is normal. The brain weighs 1440 grams. The gyri and
189    sulci of the cerebral hemispheres are normal. Sectioning of the
190    brain reveals no abnormalities. No contusions are noted. The
191    ventricular system of the brain is nonremarkable. No subdural
192    or subarachnoid hemorrhages are present. The vessels at the
193    base of the brain are nonremarkable. Stripping the dura from
194    the inner table of the skull reveals no abnormalities. There is
195    a prominent degree of calcification of the dura membrane. Soft

Sheriff-Coroner
Alameda County

Body of ROY LEE NELSON JR.

196 tissue is taken down to the supraorbital areas and the inferior
197 occipital areas and no abnormalities are noted.
198     SPECIMENS:
199         1)  Photographs
200         2)  Heart's blood
201         3)  Leg blood
202         4)  Liver
203         5)  Bile
204         6)  Urine
205         7)  Tissue
206         8)  Histology sections
207
208
209
210                             Thomas Wayne Rogers, M.D.
211
212  TWR/jkm