UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

cand.uscourts.gov

Susan Y. Soong                                                                                    General Court Number
   Clerk of Court                                                                                    415-522-2000

June 20, 2019

To:  United States Court of Appeals     ( ) *Check if record is being sent*
      For the Ninth Circuit/Records Unit     *directly to Judge's chambers*
      95 Seventh Street
      San Francisco, CA 94103
        Attn: Steve Seferian

From:  Thelma Nudo, Docket Clerk

**DISTRICT COURT CASE NUMBER**: 16-cv-07222-SK    **APPEAL NO**:  19-15583

**CASE TITLE**:  Roy Nelson, et al v. City of Hayward

## TRANSMITTAL OF RECORD ITEMS THAT ARE NOT E-FILED

Manually filed items (list all with docket numbers for notices of manual filing):


**Exhibits (specify number of envelopes and/or boxes and format of exhibits)**
( ) *Check if sealed items are included*

   **"One USB Flash Drive Re Exhibits 4, 5 and 6 to re [78] Motion for
      Summary Adjudication"**

Other (specify):
none

*Court of Appeals Clerk: Please acknowledge receipt on the enclosed copy of this letter and return it to this office.*

Acknowledgment:_____   Date:_____

*Rev. 08-18*