MICHAEL S, LAWSON (SBN 048172)
City Attorney
JOSEPH E. BRICK (SBN 253132)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.Lawson@Hayward–ca.gov   Joseph.Brick@Hayward-ca.gov

Attorneys for Defendants
City of Hayward, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ROY NELSON III, successor-in-Interest to Decedent ROY NELSON; ORNELL STEVENS, individually,<br><br>Plaintiffs,<br>v.<br><br>CITY OF HAYWARD, et al.,<br><br>Defendants. | CASE NO.: CV-07222-SK<br><br>*[Assigned for All Purposes to Hon. Sallie Kim, Courtroom C, 15th flr.]*<br><br>**STATUS UPDATE RE: SETTLEMENT**<br><br>TRIAL DATE: Vacated. |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On September 3, 2019 this Court vacated all trial dates and requested an update on the status of settlement by October 11, 2019 (Dkt. No. 123). The parties' joint status update is as follows:

The parties have reached a settlement and have now finalized the terms of the Settlement Agreement. Payment is currently being processed by the City. Once the settlement funds are received, Plaintiffs will file a dismissal of the instant matter. The parties expect for this to occur within the next sixty (60) days.

Respectfully submitted,

1

2  DATED: October 8, 2019                  LAW OFFICES OF JOHN L. BURRIS

3

4                                          By:   /s/ *Adante Pointer*
                                           Adante Pointer, Esq.
5                                          Attorneys for Plaintiffs

6

7  DATED: October 8, 2019                  MICHAEL S. LAWSON, City Attorney

8                                    By:          /s/ *Joseph Brick*
                                           Joseph E. Brick, Assistant City Attorney
9                                          Attorneys for City of Hayward & Named Officers

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28