1
2
3
4

# UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7     ROY NELSON, et al., | Case No. 16-cv-07222-SK |
| 8         Plaintiffs, | |
| 9       v. | **CONDITIONAL DISMISSAL** |
| 10    CITY OF HAYWARD, et al., | Regarding Docket No. 124 |
| 11         Defendants. | |

12        On July 23, 2019, the parties filed a stipulation indicating that they have reached a

13 settlement of this matter. (Dkt. 119.) The Court vacated all dates and ordered the parties to

14 submit a status report regarding their progress toward finalizing their settlement no later than

15 October 11, 2019. (Dkt. 123.) The parties timely filed a status report indicating that the terms of

16 their agreement have been finalized and payment is currently being processed by the City of

17 Hayward. (Dkt. 124.) The parties expect the funds to be deposited and Plaintiffs intend to file for

18 dismissal with prejudice within 60 days. (*Id.*) Therefore, it is **HEREBY ORDERED** that this

19 cause of action is dismissed **without** prejudice; provided, however, that if any party hereto shall

20 certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration

21 for said settlement has not been delivered over, the foregoing order shall stand vacated and this

22 cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after

23 passage of sixty days, the dismissal shall be **with** prejudice.

24       **IT IS SO ORDERED**.

25 Dated: October 9, 2019

26

27                        SALLIE KIM
                        United States Magistrate Judge

28